```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 18-05281-RNO
Jack Stevenson Bogart, Jr.                                          Chapter 13
         Debtor              CERTIFICATE OF NOTICE
District/off: 0314-5        User: CGambini              Page 1 of 2         Date Rcvd: Jan 31, 2019
                            Form ID: ntcnfhrg           Total Noticed: 32
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2019.
```
db              Jack Stevenson Bogart, Jr.,    118 Strawberry Ln,    Stillwater, PA  17878-9443
5154474         American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
5142213         Amex,    PO Box 981537,    El Paso, TX  79998-1537
5142214        ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:   Bk of Amer,    PO Box 982238,    El Paso, TX  79998-2238)
5142211         Bogart Jack Stevenson Jr,    118 Strawberry Ln,    Stillwater, PA  17878-9443
5142216         Cbna,    PO Box 6497,    Sioux Falls, SD  57117-6497
5142217         Chase Card,    PO Box 15298,    Wilmington, DE  19850-5298
5142218         Citibank,    PO Box 90010379,    Louisville, KY  40201
5142219        +Citibank N.A.,    PO Box 6500,    Sioux Falls, SD 57117-6500
5142221         Citigroup,    388 Greenwich St,    New York, NY  10013-2375
5145064        +Citizens Bank N.A.,    One Citizens Bank Way JCA115,    Johnston, RI 02919-1922
5142222         Citizens Bank NA,    480 Jefferson Blvd,    Warwick, RI  02886-1359
5146681       ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                (address filed with court:   Dell Financial Services, LLC,    Resurgent Capital Services,
                 PO Box 10390,    Greenville, SC 29603-0390)
5142225         Dsnb Macys,    PO Box 8218,    Mason, OH  45040-8218
5142226         Fed Loan Serv,    PO Box 60610,    Harrisburg, PA  17106-0610
5142229         Kay Jewelers/Genesis,    PO Box 4485,    Beaverton, OR  97076-4485
5142212         Law Offices of Jason P Provinzano LLC,    16 W Northampton St,    Wilkes Barre, PA  18701-1708
5142231         Tiffany L. Bogart,    118 Strawberry Ln,    Stillwater, PA  17878-9443
5142232         Webbank/dfs,    PO Box 81607,    Austin, TX  78708-1607
5142233         Weltman, Weinberg & Reis,    170 S Independence Mall W Ste 874,    Philadelphia, PA  19106-3334
5142234         Weltman, Weinberg & Reis, Co., LPA,    436 7th Ave Ste 2500,    Pittsburgh, PA  15219-1842
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5142215         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 31 2019 19:25:13      Capital One,
                 15000 Capital One Dr,    Richmond, VA  23238-1119
5142223         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 31 2019 19:27:36
                 Comenity Bank / Gander Mountain,    Comenity BankPO,    PO Box 182273,
                 Columbus, OH  43218-2273
5146028         E-mail/Text: mrdiscen@discover.com Jan 31 2019 19:27:23      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
5142224         E-mail/Text: mrdiscen@discover.com Jan 31 2019 19:27:23      Discover Fin Svcs LLC,
                 PO Box 15316,    Wilmington, DE  19850-5316
5142227         E-mail/Text: cio.bncmail@irs.gov Jan 31 2019 19:27:29      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA  19101-7346
5142228         E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Jan 31 2019 19:28:28
                 Jh Portfolio Debt Equi,    5757 Phantom Dr Ste 225,    Hazelwood, MO  63042-2429
5142459        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 31 2019 19:48:13
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5149507         E-mail/Text: bnc-quantum@quantum3group.com Jan 31 2019 19:27:40
                 Quantum3 Group LLC as agent for,    JHPDE Finance 1 LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
5142230         E-mail/Text: bankruptcyteam@quickenloans.com Jan 31 2019 19:28:01      Quicken Loans,
                 1050 Woodward Ave,    Detroit, MI  48226-1906
5151215        +E-mail/Text: bankruptcyteam@quickenloans.com Jan 31 2019 19:28:01      Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI  48226-3408
5142235         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 31 2019 19:25:26
                 World's Foremost Bank,    4800 NW 1st St Ste 300,    Lincoln, NE  68521-4463
                                                                                              TOTAL: 11

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5142220*        Citibank N.A.,    PO Box 6500,    Sioux Falls, SD  57117-6500
                                                                                 TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2019 at the address(es) listed below:

        Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
        James   Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
        Jason Paul Provinzano    on behalf of Debtor 1 Jack Stevenson Bogart, Jr. MyLawyer@JPPLaw.com, G17727@notify.cincompass.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jack Stevenson Bogart Jr.,
aka Jack Bogart Jr., aka Jack Bogart, aka Jack Stevenson Bogart, aka Jack S. Bogart Jr., aka Jack S. Bogart,

**Debtor 1**

Chapter 13

Case No. 5:18−bk−05281−RNO

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **March 13, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: March 20, 2019  Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**  U.S. Bankruptcy Court  274 Max Rosenn U.S. Courthouse  197 South Main Street  Wilkes−Barre, PA 18701  (570) 831−2500 | **For the Court:**  Terrence S. Miller  Clerk of the Bankruptcy Court:  By: CGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 31, 2019 |

ntcnfhrg (03/18)