Certificate Number: 17572-PAM-DE-037968931

Bankruptcy Case Number: 18-05281


17572-PAM-DE-037968931

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 27, 2023, at 7:54 o'clock AM PST, Jack S Bogart Jr completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: November 27, 2023

By: /s/Judy Alexander

Name: Judy Alexander

Title: Counselor