In re:                                               Case No. 18-05281-MJC

Jack Stevenson Bogart, Jr.                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                         User: AutoDocke                       Page 1 of 3
Date Rcvd: Nov 28, 2023                  Form ID: 3180W                    Total Noticed: 46

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jack Stevenson Bogart, Jr., 118 Strawberry Ln, Stillwater, PA 17878-9443 |
| 5142211 | | Bogart Jack Stevenson Jr, 118 Strawberry Ln, Stillwater, PA 17878-9443 |
| 5142218 | | Citibank, PO Box 90010379, Louisville, KY 40201 |
| 5142226 | | Fed Loan Serv, PO Box 60610, Harrisburg, PA 17106-0610 |
| 5142231 | | Tiffany L. Bogart, 118 Strawberry Ln, Stillwater, PA 17878-9443 |
| 5190988 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 5142233 | # | Weltman, Weinberg & Reis, 170 S Independence Mall W Ste 874, Philadelphia, PA 19106-3334 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Nov 28 2023 23:43:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 28 2023 18:52:53 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5154474 | | Email/PDF: bncnotices@becket-lee.com | Nov 28 2023 18:53:12 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5142213 | | Email/PDF: bncnotices@becket-lee.com | Nov 28 2023 18:53:21 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 5158259 | + | EDI: BANKAMER2 | Nov 28 2023 23:43:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5142214 | | EDI: BANKAMER | Nov 28 2023 23:43:00 | Bk of Amer, PO Box 982238, El Paso, TX 79998-2238 |
| 5142215 | | EDI: CAPITALONE.COM | Nov 28 2023 23:43:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 5145064 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 28 2023 18:45:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 5142222 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 28 2023 18:45:00 | Citizens Bank NA, 480 Jefferson Blvd, Warwick, RI 02886-1359 |
| 5165676 | | EDI: CAPITALONE.COM | Nov 28 2023 23:43:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5142216 | | EDI: CITICORP | Nov 28 2023 23:43:00 | Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5161250 | + | Email/Text: RASEBN@raslg.com | Nov 28 2023 18:46:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5142219 | + | EDI: CITICORP | Nov 28 2023 23:43:00 | Citibank N.A., PO Box 6500, Sioux Falls, SD 57117-6500 |

| | | | | |
|---|---|---|---|---|
| 5142221 | + | EDI: CITICORP | Nov 28 2023 23:43:00 | Citigroup, 388 Greenwich St, New York, NY 10013-2362 |
| 5142223 | | EDI: WFNNB.COM | Nov 28 2023 23:43:00 | Comenity Bank / Gander Mountain, Comenity BankPO, PO Box 182273, Columbus, OH 43218-2273 |
| 5146681 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 28 2023 18:52:51 | Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 5142225 | | EDI: CITICORP | Nov 28 2023 23:43:00 | Dsnb Macys, PO Box 8218, Mason, OH 45040-8218 |
| 5165437 | | EDI: Q3G.COM | Nov 28 2023 23:43:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5146028 | | EDI: DISCOVER | Nov 28 2023 23:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5142224 | | EDI: DISCOVER | Nov 28 2023 23:43:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 5142227 | | EDI: IRS.COM | Nov 28 2023 23:43:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5142217 | | EDI: JPMORGANCHASE | Nov 28 2023 23:43:00 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 5142228 | | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Nov 28 2023 18:46:00 | Jh Portfolio Debt Equi, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 5142229 | | EDI: PHINGENESIS | Nov 28 2023 23:43:00 | Kay Jewelers/Genesis, PO Box 4485, Beaverton, OR 97076-4485 |
| 5142212 | | Email/Text: mylawyer@jpplaw.com | Nov 28 2023 18:46:00 | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 5159399 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 28 2023 18:46:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5300703 | | EDI: PRA.COM | Nov 28 2023 23:43:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5300704 | | EDI: PRA.COM | Nov 28 2023 23:43:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5142459 | + | EDI: RECOVERYCORP.COM | Nov 28 2023 23:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5164039 | | EDI: Q3G.COM | Nov 28 2023 23:43:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5149507 | | EDI: Q3G.COM | Nov 28 2023 23:43:00 | Quantum3 Group LLC as agent for, JHPDE Finance 1 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5142230 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 28 2023 18:46:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 5151215 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 28 2023 18:46:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 5570556 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 28 2023 18:52:51 | Resurgent Receivables LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5570557 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 28 2023 18:53:07 | Resurgent Receivables LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, Resurgent Receivables LLC, c/o |

| | | | | |
|---|---|---|---|---|
| 5521521 | + Email/Text: EBN@edfinancial.com | | | Resurgent Capital Services 29603-0587 |
| | | Nov 28 2023 18:46:00 | | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 5142232 | Email/PDF: DellBKNotifications@resurgent.com | | | |
| | | Nov 28 2023 18:52:53 | | Webbank/dfs, PO Box 81607, Austin, TX 78708-1607 |
| 5142234 | Email/Text: pitbk@weltman.com | | | |
| | | Nov 28 2023 18:46:00 | | Weltman, Weinberg & Reis, Co., LPA, 436 7th Ave Ste 2500, Pittsburgh, PA 15219-1842 |
| 5142235 | EDI: CAPITALONE.COM | | | |
| | | Nov 28 2023 23:43:00 | | World's Foremost Bank, 4800 NW 1st St Ste 300, Lincoln, NE 68521-4463 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5161251 | *+ | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5142220 | * | Citibank N.A., PO Box 6500, Sioux Falls, SD 57117-6500 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2023          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Jack Stevenson Bogart Jr. MyLawyer@JPPLaw.com, g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| Michael Patrick Farrington | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Jack Stevenson Bogart Jr.<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–1799<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:18–bk–05281–MJC | |

# Order of Discharge                                                                  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

> Jack Stevenson Bogart Jr.
> aka Jack Bogart Jr., aka Jack Bogart, aka Jack Stevenson Bogart, aka Jack S. Bogart Jr., aka Jack S. Bogart

**By the court:**

11/28/23

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W  **Chapter 13 Discharge**  page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**