Debtor 1     Jack Stevenson Bogart, Jr. aka Jack Bogart aka Jack Bogart, Jr. aka Jack Stevenson Bogart aka Jack S. Bogart aka Jack S. Bogart, Jr.

United States Bankruptcy Court for the MIDDLE District of Pennsylvania

Case number   18-05281 RNO

## Official Form 410S1

# Notice of Mortgage Payment Change                    **12/15**

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Quicken Loans, LLC Formerly Known (FKA) as Quicken Loans Inc.

**Court claim no.** (if known): _____ 7

**Last 4 digits** of any number you use to identify the debtor's account: 5750

**Date of payment change:**
Must be at least 21 days after date of this notice          12/01/2020

**New total payment:**          **$1,031.38**
Principal, interest, and escrow, if any

---

### Part 1:  Escrow Account Payment Adjustment

1.  **Will there be a change in the debtor's escrow account payment?**

    ☐ No
    ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

    | | |
    |---|---|
    | Current escrow payment: $264.88 | New escrow payment: $ 288.11 |

### Part 2:  Mortgage Payment Adjustment

2.  **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

    ☑ No
    ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

    | | |
    |---|---|
    | Current interest rate: _____% | New interest rate: _____% |
    | Current principal and interest payment: $_____ | New principal and interest payment: $ _____ |

### Part 3:  Other Payment Change

3.  **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

    ☑ No
    ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
    (*Court approval may be required before the payment change can take effect.*)

    Reason for change:_____

    | | |
    |---|---|
    | Current mortgage payment: $_____ | New mortgage payment: $ _____ |

Case 5:18-bk-05281-MJC    Doc    Filed 10/23/20    Entered 10/23/20 07:58:24    Desc
Main Document      Page 1 of 2

| Part 4: | Sign Here |
|---------|-----------|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐  I am the creditor.

■  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Rebecca A. Solarz                                    Date    10/22/2020
      Signature

Print:     Rebecca A. Solarz                               Title   Attorney for Creditor
           First Name        Middle Name        Last Name

Company    KML Law Group, P.C.

Address    701              Market Street, Suite 5000
           Number           Street
           Philadelphia,                          PA      19106
           City                                   State   ZIP Code

Contact phone   (215) 627–1322          Email   rsolarz@kmllawgroup.com